# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 3, 2015

149605

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SC: 149605
COA: 310075
Washtenaw CC: 08-001534-FC

DERRICK ALDEN JOHNSON,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the March 20, 2014 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 3, 2015



Clerk

t0223